# Ogletree Deakins

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

*Attorneys at Law*

8117 Preston Road, Suite 500
Dallas, TX 75225
Telephone: 214.987.3800
Facsimile: 214.987.3927
www.ogletreedeakins.com

Michael R. Buchanan*
Direct: (214)624-1146
Facsimile: (214)987-3927
Mike.Buchanan@ogletreedeakins.com

*Board Certified – Labor and Employment Law
Texas Board of Legal Specialization*

December 16, 2011

**VIA FAX**
Honorable Terry R. Means
Judge, United States District Court
Northern District of Texas
Fort Worth Division
501 West 10th Street, Room 201
Fort Worth, Texas 76102-3673

Re:   *Sulema Garza v. New Breed Logistics, Inc.*
      Civil Action No. 4:11-cv-161-Y

Dear Judge Means:

I write to advise that the parties to the above-captioned matter have reached an amicable resolution of all matters in dispute. We anticipate being able to file dismissal documents by the end of the year.

Very truly yours,

Michael R. Buchanan

MRB/ms
Enclosure as specified

cc.   David L. Wiley (david@gwfirm.com)
      Amy E. Gibson (amy@gwfirm.com)
      Enrique Chavez (chavezlaw7773@sbcglobal.net)
      Kristin M. Snyder (Kristin.snyder@ogletreedeakins.com)

11468900.1